UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>SMUEL RODRIGUEZ,<br><br>           Defendant. | Criminal No: 18-CR-10115-dpw |

**NOTICE OF CHANGE OF FIRM**

    The undersigned counsel for defendant Samuel Rodriguez gives notice of his new firm and contact information.

                Stephen G. Huggard
                Huggard Law LLC
                470 Atlantic Avenue
                4th Floor
                Boston, MA 02210
                617 875-2622
                stevehuggard@huggardlaw.com

                Respectfully submitted,

                /s/ Stephen G. Huggard
                Stephen G. Huggard (BBO # 622699)
                   stevehuggard@huggardlaw.com
                HUGGARD LAW LLC
                470 Atlantic Avenue, 4th Floor
                Boston, Massachusetts 02210
January 28, 2019            (617) 875-2622

**Certificate of Service**

      I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 28th day of January, 2019, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

                                            /s/Stephen G. Huggard
                                             Stephen G. Huggard